# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 12 2022

KEVIN P. WEIMER, Clerk
By _Cheryl Davis_ Clerk

Stephen Mark Hall 1178998

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

1:22-CV-0143

-vs-

Brian Kemp, J. Kevin Perry,
Georgia Department of Corrections,
Phillip State Prison, Valdosta State Prison

(Enter above the full name of the defendant(s).)

I.    **Previous Lawsuits**

    A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

              Yes ( X )    No (  )

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff(s):  Stephen Mark Hall

            Defendant(s):  Jay Brower

        2.    Court (name the district): Southern District

        3.    Docket Number:

Rev. 12/5/07

page 1 of 3

-VS-

Georgia State Prison, Johnson State Prison

Attachment 5
2/18/21

## WITNESS STATEMENT

PLACE Phillip State Prison    DATE 2/7/21    TIME 7:30    FILE NUMBER

LAST NAME, FIRST NAME, MIDDLE NAME    EMPLOYEE ID NUMBER    STATE ID NO.
Hall, Stephen Mark    1178998

INSTITUTION OR ADDRESS    2484 West Rock Quarry Rd Buford GA 30519

### SWORN STATEMENT

I, Stephen Hall _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH: SH

C. 1. Parties to the previous law suit, ~~Stephen Hall~~
    Plantiff: Stephen Hall
    Defendant: Georgia State Prison

2. ~~Southern District~~ Court: Southern District

3. Docket Number:

4. Name of Judge to whom case was assigned.

5. Did the previous case involve the same facts?
    No

6. Disposition. Dropped by me

7. Approximate date of filing lawsuit: 8/2009

8. Approximate date of disposition. 9/2009

D. Parties to the previous lawsuit:
    Plantiff: Stephen Hall
    Defendant: Augusta State Prison

2. Court: Southern District

3. Docket Number:

4. Name of Judge to whom case was assigned.

EXHIBIT  A    INITIALS OF PERSON MAKING STATEMENT    SH    PAGE 1 OF 4 PAGES    2 of 3

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

SOI 209.04
Attachment 5
2/18/21

WITNESS STATEMENT

| PLACE Phillip State Prison | DATE 12/7/21 | TIME 2:30 | FILE NUMBER |

| LAST NAME, FIRST NAME, MIDDLE NAME Hall, Stephen Mark | EMPLOYEE ID NUMBER | STATE ID NO. V178998 |

INSTITUTION OR ADDRESS 2989 West Rock Quarry Rd. Buford, GA 30519

SWORN STATEMENT

I, Stephen Hall, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

7. Approximate filing date: 8/2009
8. Approximate disposition date: 9/2009

Nothing Else
Follows
SH
SH     SH  Nothing
SH         Follows
Nothing
Follows
Nothing
Follows

| EXHIBIT A | INITIALS OF PERSON MAKING STATEMENT SH | PAGE 3 OF 3 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF ___ TAKEN AT ___ DATED ___ CONTINUED." THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE ___ OF ___ PAGES." WHEN ADDITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE REVERSE SIDE OF ANOTHER COPY OF THIS FORM.

(Reproduced locally)

Retention Schedule: Upon completion, this form shall be maintained locally for three (3) years, with the Incident Report, and then destroyed.

I.    **Previous Lawsuits (Cont'd)**

    4.    Name of judge to whom case was assigned: _____

    5.    Did the previous case involve the same facts?

                Yes (   )      No (X)

    6.    Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
        *dismissed* _____

_____

    7.    Approximate date of filing lawsuit: *8 / 2005*

    8.    Approximate date of disposition: *9 / 2005*

II.   **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.    Place of Present Confinement: *Phillip State Prison*

    B.    Is there a prisoner grievance procedure in this institution?

                Yes (X)      No (   )

    C.    Did you present the facts relating to your complaint under the institution's grievance procedure?

                Yes (X)      No (   )

    D.    If your answer is YES:
        1.    What steps did you take and what were the results?
            *they refused to release me, I filed a grievance + appealed it to State level.*

_____

        2.    If your answer is NO, explain why not: _____

_____

*page 1 of 3*

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Stephen Mark Hall 178998

Address(es): Phillip State Prison 2989 West Rock Quarry Rd Buford, GA 30519

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): J Kevin Perry   Warden SH
Jony Brower

Employed as Warden SH Parole Officer

at Phillip State Prison SH Statesboro Parole Office

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In July 2016 I was supposed to go to court in Bulloch County for a sentence reduction but the Shift Supervisor told me I was shipping to Valdosta, I got on the Valdosta bus and missed my court date. I've had court every month since then except in February, May, August & November until October 2021. On October 8 2021 Officer Laborde called in for me and Sgt. Slater said, "I was supposed to be released later that day at 8:55 p.m. Officer Cersha worked that night and said they changed my release date to

C. Valdosta State Prison

D. Augusta State Prison

E. Georgia State Prison

F. Defendants; Brian Kemp, J. Kevin Perry, Georgia Department of Corrections, Phillip State Prison, Valdosta State Prison, Georgia State Prison, Johnson State Prison

Employed?is Govenor, Warden

at: Georgia, Phillip State Prison

**IV.   Statement of Claim (Cont'd)**

October 9, 2021. My time was cut from 134 years to 13 years on October 6, 2021. I have already done 17 years 3 months, and 8 days. They refuse to release me. The dentist has refused to fill my teeth and pull one, even though I have filled out several sick calls concerning this. The dental hygienist refused to clean my teeth from September 2019 until September 2021 and you are supposed to come up automatically every 6 months. Officer Stafford, Officer Boscoe, Officer Kabur, Lt. Sampson, Nurse Jackie, Lt. Roberts, Nurse Carol, and Nurse _____ all refused me medical treatment and my pills. Sgt. Norton refuses to process my mail incoming and outgoing, and is holding my mail sometimes for a month. My mom writes me every week and mails it on Monday. It only takes 3 days to get here. On 12/1/21 I got 2 letters from my mom, 1 from the previous week, the other from 2 weeks before. In the letter from 11/20/21 my mom told me she had gotten 4 letters from me that week, and they were all mailed on the same day. I write my mom once a week and usually mail it either on Monday or Friday. They are overcrowded in fact they have people sleeping in the tv room. I have been raped by Corry Denny, ~~Jessie~~ Sgt. and 2 other people because they don't have enough staff

**V.   Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

immediate release, Criminal charges on those involved, and payment in the amount of $ _____ make Phillip State Prison remove all the best inmates from the tv rooms, start rehabilitating inmates through groups & schooling, start paying inmates to work. Make Valdosta State prison adhere to the SOP by only putting one inmate in a PC cell.

here. I don't be served upon on several occassions because they are short staff. The food they serve the lower units is not the same portions they serve population and it's cold most of the time. Sometimes it's not even done, or has debris in it. They have metal outlets in the cells in level 4 dorms. The Shift Supervisor at Johnson State Prison told me I was Shipping to Valdosta when I was supposed to go to Georgia State Prison to be picked up by Bulloch Co.. I was supposed to go to Court the following day for a Sentence Reduction. @ Cert Officer Grady slammed my head into the shower wall in lockdown in J-I using excessive force. Johnson State Prison refused to allow me to attend services on a regular basis. The Georgia Department of Corrections is causing inmates to work as slaves and refuse to rehabilitate them. Phillip State Prison is so short staff the lower units often miss call outs to law library, Dental, Medical, Mental Health, or regular library. The lower units aren't allowed to go to the library and check out books since September 2021, we are supposed to be escorted everywhere we go. Valdosta State Prison houses 2 one, while on P.C., I was beat up on several occassions by my roommate while on P.C. and staff, when I first got to Valdosta 2 Cert Officers jumped me and put the handcuffs too tight on me, slammed my head in the holding cell against the wall and steel bench busting my head and causing me to go to CSU for a little while. On another occassion the Officer in H-I, grabbed me by the Coat and slammed me on the ground and started Kneeing and kicking me busting my head. On another occassion the SGT in F-I and several officers slammed my head into the steel grating covering the window busting my head. On 2 different occassions my roommate jumped me once with a tooth-brush that was filed down. He busted my head and eye socket. On the other occassion I was hit with a lock by my roommate which busted my head causing me to have to get stitches + staples at the local

hospital they put the staples one left 2 of them in my head until I got to Georgia State Prison and a nurse there saw it and removed them. They refused to take me to Court from 2016 until May 31, 2018 when I transferred. Georgia State Prison refused to take me to Court in June 2018. Phillip State Prison refused to take me to Court from July 2018 until October 6, 2021 and they still didn't take me then. The only months I don't have court is February, May, August, November. While incarcerated at Valdosta State Prison I was raped on 3 seperate occassions because they were short staff. On 12/10/21 SGT Moore & Officer Boscoe refused to allow me to go to the law library, thus denying me access to the courts. On 12/11/21 SGT Abrahms discriminated against me contrary to the law, SGT Abrahms is black & I'm white. Alonzo Carter is black, Carter pulled his knife on me & tried to stop me several times when I went downstairs to get on the Kiosk, I went to the booth & tried to talk to SGT Abrahms about it, but he got smart with me. Carter walked up on me so I grabbed a tray & we went at it, I only defended myself. Josef Crowder, SGT Abrahms, & Cody Brock broke it up. SGT Abrams locked me down even though all I was doing was defending myself, but didn't lock down Carter the Agressor. Jessie Kauf man, Chad Tate, David Buckner, & Jermaine Moody all Frank Lewis all have stolen stuff from me. Staff here refuse to allow protestants & Catholics to have religous services contrary to the first Amend ment

## V.    Relief (Cont'd)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this _____ 9th _____ day of _____December_____ , 20_21_.

_Stephen Hall_
Signature of Plaintiff

**STATE OF** _GA_
**COUNTY (CITY) OF** _Atlanta_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _12/17/21_
_____
(Date)

_Stephen Hall_
Signature of Plaintiff