Office of The Clerk
2211 U.S. Courthouse
75 Ted Turner Dr. SW.
Atlanta, GA 30303-3361

March 21, 2022

Dear Mr. Hatten,

I am writing this letter to request that my case 1:22-cv-00143-JPB, Stephen Mark Hall ~~#1178998~~ v Brian Kemp, et al. be dropped. I do not wish to pursue this case anymore. I will take your advice in the letter & rework the case.

Thanks for your help in this matter.

Sincerely,
~~Stephen Hall~~/1178998/F1-GB
Stephen Hall/1178998/F1-GB
Phillip State Prison
2989 West Rock Quarry Rd.
Buford, GA 30519

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 28 2022
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Stephen Hall / 1h 8998/F1-6B
Phillip State Prison
2989 West Rock Quarry Rd
Buford, GA 30519



ATLANTA METRO
23 MAR 2022 PM 4  L
FOREVER / USA

CLEARED DATE
MAR 25 2022
U.S. Marshals Service
Atlanta, GA

Office of the Clerk
2211 U.S. Courthouse
75 Ted Turner Dr SW
Atlanta, GA 30303-3361

30303-33089